**Dennis E. JEFFERSON, Appellant,**

v.

**MISSOURI DEPARTMENT OF SOCIAL SERVICES,**
**Appellee.**

**No. 00–4072.**

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 6, 2001.

Decided Aug. 15, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

PER CURIAM.

Dennis E. Jefferson appeals the district court's[1] adverse grant of summary judgment, upon remand, in his Title VII employment-discrimination action. Mr. Jefferson had alleged that Missouri Department of Social Services (MDSS) terminated him from his position at a youth center "because he is a male."

Having carefully reviewed the record and the parties' briefs, see *Duffy v. Wolle*, 123 F.3d 1026, 1033 (8th Cir.1997) (de novo standard of review), *cert. denied*, 523 U.S. 1137, 118 S.Ct. 1839, 140 L.Ed.2d 1090 (1998), we conclude that the district court properly granted summary judgment to MDSS. Mr. Jefferson failed to show that MDSS's proffered nondiscriminatory reasons for his termination—his use or threatened use of physical force against several youths and his failure to document these incidents—were pretextual, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 806–07, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973), and nothing else in Mr. Jefferson's submissions persuades us that summary judgment was improper.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

